United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,
Plaintiff,

v.

LUIS CRUZ-RAMIREZ,
Defendant.

Case No. 26-mj-71167-MAG-1 (VKD)

**ORDER OF RELEASE FROM CUSTODY ON SEPTEMBER 10, 2026 AT 8:00 A.M.**

Defendant Luis Cruz, Jr.[1] appeared for a detention hearing on September 9, 2026. For the reasons explained on the record during the hearing, the Court orders Mr. Cruz released on the bond and conditions of release filed contemporaneously with this order. Mr. Cruz shall be released from the custody of the United States Marshals Service on **September 10, 2026 at 8:00 a.m.** Upon his release, Mr. Cruz shall be transported directly by his sister or her designee to the halfway house at 111 Taylor Street, San Francisco, CA, and he shall meet with his Pretrial Services Officer there at **10:00 a.m. on September 10, 2026**.

**IT IS SO ORDERED.**

Dated: September 9, 2026

Virginia K. DeMarchi
United States Magistrate Judge

[1] Defendant advises that his name is not stated correctly in the charging documents.