CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

SARAH E. GRISWOLD (CABN 240326)
Assistant United States Attorney

60 South Market Street, Suite 1200
San Jose, California 95113
Telephone: (408) 535-5061
FAX: (408) 535-5081
sarah.griswold@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>LUIS CRUZ, JR.,<br>Defendant. | NO. 5:26-mj-71167<br>STIPULATION TO CORRECT THE DOCKET AND [~~PROPOSED~~] ORDER |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Luis Cruz, Jr., that the docket in this case be corrected. As set forth at the status conference on September 9, 2026, the defendant's true name is Luis Cruz, Jr. The parties stipulate that the docket in this case be updated to reflect that the defendant's name is Luis Cruz, Jr.

IT IS SO STIPULATED.

DATED: September 10, 2026

/s/ Sarah E. Griswold
SARAH E. GRISWOLD
Assistant United States Attorney

DATED: September 10, 2026

/s/ William V. Pernik
WILLIAM V. PERNIK
Counsel for Defendant Luis Cruz, Jr.

**[~~PROPOSED~~] ORDER**

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on September 9, 2026, and for good cause shown, the Court finds that good cause exists to correct the docket in this case to reflect that the defendant's true name is Luis Cruz, Jr.

IT IS SO ORDERED.

DATED: September 10, 2026

Virginia K. DeMarchi
HON. VIRGINIA K. DEMARCHI
United States Magistrate Judge